# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cody Clark
Plaintiff,

v.          Case No.: 1:23−cv−00695
Honorable Elaine E. Bucklo

Microsoft Corporation
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Microsoft Corporation's unopposed motion for extension of time to respond to plaintiff's amended complaint [41] is granted to 10/27/2023. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.