# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Cody Clark
                              Plaintiff,

v.                                                    Case No.: 1:23−cv−00695
                                                      Honorable Elaine E. Bucklo

Microsoft Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

   MINUTE entry before the Honorable Elaine E. Bucklo: The court has reviewed the parties joint status report. Parties report that they have reached a settlement in principle. The stay remains in place. Status hearing is reset for 12/17/2024 at 9:45 a.m. to report on agreement (to track the case only, no appearance is required). The parties shall file a joint written status report by 12/11/2024. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.