**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CODY CLARK, on behalf of himself and all others similarly situated, ) ) ) | Case No. 1:23-cv-00695 |
| ) | Hon. Elaine E. Bucklo |
| Plaintiff, ) ) | Hon. Maria Valdez |
| v. ) ) | |
| MICROSOFT CORPORATION, ) ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Under the Court's November 25, 2024 Minute Entry (Dkt. 58), Plaintiff Cody Clark and Defendant Microsoft Corporation, through their respective counsel, respectfully submit the following Joint Status Report.

The Parties report that they are still negotiating the final written settlement agreement. The Parties respectfully propose that the Court set a deadline of December 30, 2024, for the Parties to file a joint status report further updating the Court on the status of their preparation and execution of a settlement agreement. The Parties also respectfully request that the Court continue to stay the case deadlines for the completion of fact and expert discovery and for the filing of a motion for class certification (Dkt. 56) in the meantime.

[*Signature Page follows*]

Dated: December 11, 2024                                    Respectfully submitted,

| | |
|---|---|
| /s/ *Philip L. Fraietta* | /s/ *David C. Layden* |
| Philip L. Fraietta | David C. Layden |
| | |
| Joseph I. Marchese | David C. Layden |
| Philip L. Fraietta | Precious Jacobs-Perry |
| Max S. Roberts | Savannah E.B. McNeily |
| BURSOR & FISHER, P.A. | JENNER & BLOCK LLP |
| 1330 Avenue of the Americas | 353 N. Clark Street |
| 32nd Floor | Chicago, Illinois 60654-3456 |
| New York, New York 10019 | Telephone: (312) 222-9350 |
| Telephone: (646) 837-7150 | Facsimile: (312) 527-0484 |
| Facsimile: (212) 989-9163 | DLayden@jenner.com |
| E-Mail: jmarchese@bursor.com | PJacobs-Perry@jenner.com |
| pfraietta@bursor.com | SMcNeily@jenner.com |
| mroberts@bursor.com | |
| | *Counsel for Defendant Microsoft Corporation* |
| Carl V. Malmstrom | |
| WOLF HALDENSTEIN ADLER | |
| FREEMAN & HERZ LLC | |
| 111 West Jackson Boulevard, Suite 1700 | |
| Chicago, Illinois 60604 | |
| Telephone: (312) 984-0000 | |
| Facsimile: (212) 686-0114 | |
| E-mail: malmstrom@whafh.com | |
| | |
| *Counsel for Plaintiff and the Putative Class* | |