# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CODY CLARK, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>                Defendant. | Case No. 1:23-cv-00695<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Hon. Elaine E. Bucklo<br><br>Hon. Maria Valdez |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cody Clark and Defendant Microsoft Corporation hereby stipulate to the dismissal of all of Plaintiff's individual claims with prejudice and all of the claims of the proposed Class without prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted, |
| **BURSOR & FISHER, P.A.** | **JENNER & BLOCK LLP** |
| By: */s/ Philip L. Fraietta*<br>     Philip L. Fraietta | By: */s/ Precious Jacobs-Perry*<br>     Precious Jacobs-Perry |
| Joseph I. Marchese<br>Philip L. Fraietta<br>Max S. Roberts<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile:  (212) 989-9163<br>E-Mail: jmarchese@bursor.com<br>          pfraietta@bursor.com<br>          mroberts@bursor.com | David C. Layden<br>Precious Jacobs-Perry<br>Savannah E.B. McNeily<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br>DLayden@jenner.com<br>PJacobs-Perry@jenner.com<br>SMcNeily@jenner.com |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**<br>Carl V. Malmstrom<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>Telephone: (312) 984-0000<br>Facsimile:  (212) 686-0114<br>E-mail: malmstrom@whafh.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |