# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Cody Clark

                    Plaintiff,

v.                                     Case No.: 1:23−cv−00695

                                         Honorable Elaine E. Bucklo

Microsoft Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 2, 2025:

       MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation of dismissal has been filed. Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Cody Clark and Defendant Microsoft Corporation hereby stipulate to the dismissal of all of Plaintiff's individual claims with prejudice and all of the claims of the proposed Class without prejudice. Each party shall bear its own fees and costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.